**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

DUNIA VANESSA BATRES, an individual,

Plaintiff,

Vs.

NISSAN NORTH AMERICA, INC., a Delaware Corporation, and DOES 1 through 10, inclusive,

Defendants.

Case No.: 2:25-cv-04147-SSC

*Assigned Magistrate Judge Stephanie S. Christensen*

**[~~PROPOSED~~] ORDER OF DISMISSAL**

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is granted. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice.

**IT IS SO ORDERED.**

DATE: October 27, 2026 By: ____________________

HON. STEPHANIE S. CHRISTENSEN
U.S. MAGISTRATE JUDGE